UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS LLC, <br><br> Defendant. | Civil Action No. 14-4726 (NLH)(KMW) <br><br> **(Filed Electronically)** |

## STIPULATION OF DISMISSAL

WHEREAS, Plaintiffs Boehringer Ingelheim Pharma GmbH & Co. KG, Boehringer Ingelheim International GmbH, and Boehringer Ingelheim Pharmaceuticals, Inc. (collectively, "Boehringer") and Defendant Amneal Pharmaceuticals LLC ("Amneal") are parties to a litigation relating to United States Patent No. 6,015,577 ("the '577 Patent");

WHEREAS, Boehringer and Amneal have entered into a confidential Settlement and License Agreement dated December 12, 2014, pursuant to which the parties have resolved this action;

IT IS HEREBY STIPULATED, by and through their counsel of record, that pursuant to Fed. R. Civ. P. 41(a)(2), and in consideration of the confidential Settlement and License Agreement dated December 12, 2014, Boehringer and Amneal hereby agree and stipulate to the following:

1. All claims, counterclaims and affirmative defenses of Boehringer and Amneal in this action are hereby dismissed without prejudice;

2. Boehringer and Amneal shall each bear their own costs and attorney fees; and

3.  The Court shall retain jurisdiction over the parties and this action to the extent necessary to enforce the terms of the Settlement and License Agreement until the expiration of the '577 Patent on January 18, 2017.

**IT IS SO STIPULATED:**

By: _____
Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Of Counsel*:

Bruce M. Wexler
Joseph M. O'Malley, Jr.
Eric W. Dittmann
Jason T. Christiansen
Angela C. Ni
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

*Attorneys for Plaintiffs*
*Boehringer Ingelheim Pharma GmbH&*
*Co. KG, Boehringer Ingelheim*
*International GmbH, and Boehringer*
*Ingelheim Pharmaceuticals, Inc.*

By: s/ Paul H. Kochanski
Paul H. Kochanski
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
(908) 654-5000
PKochanski@ldlkm.com

*Of Counsel*:

H. Keeto Sabharwal
Dennies Varughese
Sana F. Hussain
STERNE KESSLER GOLDSTEIN &
FOX, P.L.L.C.
1100 New York Ave, N.W.
Washington, DC 20005-3934
(202) 371-2600
keetos@skgf.com
dvarughe@skgf.com

*Attorneys for Defendant Amneal*
*Pharmaceuticals LLC*

**SO ORDERED**:

This 26th day of January, 2015

_____
HONORABLE NOEL L. HILLMAN
UNITED STATES DISTRICT JUDGE