UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS LLC,<br><br>Defendant. | Civil Action No. 14-4726 (NLH)(KMW)<br><br>**(Filed Electronically)** |

## STIPULATION OF DISMISSAL

WHEREAS, Plaintiffs Boehringer Ingelheim Pharma GmbH & Co. KG, Boehringer Ingelheim International GmbH, and Boehringer Ingelheim Pharmaceuticals, Inc. (collectively, "Boehringer") and Defendant Amneal Pharmaceuticals LLC ("Amneal") are parties to a litigation relating to United States Patent No. 6,015,577 ("the '577 Patent");

WHEREAS, Boehringer and Amneal have entered into a confidential Settlement and License Agreement dated December 12, 2014, pursuant to which the parties have resolved this action;

IT IS HEREBY STIPULATED, by and through their counsel of record, that pursuant to Fed. R. Civ. P. 41(a)(2), and in consideration of the confidential Settlement and License Agreement dated December 12, 2014, Boehringer and Amneal hereby agree and stipulate to the following:

    1.     All claims, counterclaims and affirmative defenses of Boehringer and Amneal in this action are hereby dismissed without prejudice;

    2.     Boehringer and Amneal shall each bear their own costs and attorney fees; and

3. The Court shall retain jurisdiction over the parties and this action to the extent necessary to enforce the terms of the Settlement and License Agreement until the expiration of the '577 Patent on January 18, 2017.

**IT IS SO STIPULATED:**

By: _/s/ Charles M. Lizza_
   Charles M. Lizza
   William C. Baton
   SAUL EWING LLP
   One Riverfront Plaza, Suite 1520
   Newark, NJ 07102-5426
   (973) 286-6700
   clizza@saul.com

   *Of Counsel*:

   Bruce M. Wexler
   Joseph M. O'Malley, Jr.
   Eric W. Dittmann
   Jason T. Christiansen
   Angela C. Ni
   PAUL HASTINGS LLP
   75 East 55th Street
   New York, NY 10022
   (212) 318-6000

   *Attorneys for Plaintiffs*
   *Boehringer Ingelheim Pharma GmbH&*
   *Co. KG, Boehringer Ingelheim*
   *International GmbH, and Boehringer*
   *Ingelheim Pharmaceuticals, Inc.*

By: _s/ Paul H. Kochanski_
   Paul H. Kochanski
   LERNER, DAVID, LITTENBERG,
   KRUMHOLZ & MENTLIK, LLP
   600 South Avenue West
   Westfield, NJ 07090-1497
   (908) 654-5000
   PKochanski@ldlkm.com

   *Of Counsel*:

   H. Keeto Sabharwal
   Dennies Varughese
   Sana F. Hussain
   STERNE KESSLER GOLDSTEIN &
   FOX, P.L.L.C.
   1100 New York Ave, N.W.
   Washington, DC 20005-3934
   (202) 371-2600
   keetos@skgf.com
   dvarughe@skgf.com

   *Attorneys for Defendant Amneal*
   *Pharmaceuticals LLC*

**SO ORDERED**:

This __26th__ day of __January__, 2015

_____
HONORABLE NOEL L. HILLMAN
UNITED STATES DISTRICT JUDGE